# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

IN RE:     KATHY HENLEY HILL; AND                          CASE NO. 24-02704-JAW
           MICHAEL EVERETTE HILL, A/K/A
           MICHAEL E. HILL,
               Debtors                                     CHAPTER 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lakeview Loan Servicing, LLC c/o M & T Bank | Lakeview Loan Servicing, LLC c/o Flagstar Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
M & T Bank
P.O. Box 840
Buffalo, NY 14240-0840
Phone:  (888) 668-5353
Last Four Digits of Acct#:  XXXXXX8003

Court Claim # (if known):  9
Amount of Claim:  $285,927.76
Date Claim Filed:  12/09/2024

Phone:  (800) 393-4887
Last Four Digits of Acct.#:  0009

Name and Address where transferee payments should be sent (if different from above):
M & T Bank
Attn: Payment Processing
P.O. Box 1288
Buffalo, NY 14240-1288
Phone:  (888) 668-5353
Last Four Digits of Acct #:  XXXXXX8003

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Respectfully Submitted,
Wilson & Associates, PLLC

*/s/ Kathryn Lachowsky-Khan*
Joel W. Giddens (105450)
Kathryn Lachowsky-Khan (105769)
Heather Martin-Herron (105772)

400 W. Capitol Ave., Suite 1400
Little Rock, AR 72201
(501) 219-9388
Fax (501) 219-9458
jgiddens@thewilsonlawfirm.com
klachowsky@thewilsonlawfirm.com
hmartin-herron@thewilsonlawfirm.com

Attorneys for Movant

**CERTIFICATE OF SERVICE**

On _____April 18, 2025_____, a copy of the foregoing Transfer of Claim was served via United States Mail, postage prepaid, or electronically through the electronic case filing system (ECF) upon:

| | |
|---|---|
| Thomas Carl Rollins, Jr. | Torri Parker Martin |
| Attorney at Law | Trustee |
| P.O. Box 13767 | 200 North Congress Street, Ste. 400 |
| Jackson, MS 39236 | Jackson, MS 39201 |

*/s/ Kathryn Lachowsky-Khan*
Joel W. Giddens (105450)
Kathryn Lachowsky-Khan (105769)
Heather Martin-Herron (105772)

W&A No. 360946