

# INVOICE

Invoice # 7912
Date: 05/14/2025
Due On: 06/13/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Kathy Henley Hill and Michael Everette Hill

## 05635-Hill Kathy Henley Hill and Michael Everette

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 12/18/2024 | Reviewed itemizations in case and created a summary. | 0.40 | $155.00 | $62.00 |
| Service | JC | 12/18/2024 | Drafted 1st Invoice for services rendered. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/18/2024 | Reviewed current invoice and completed Lodestar Analysis. | 0.30 | $155.00 | $46.50 |
| Service | JC | 12/18/2024 | Drafted 1st Application for Compensation utilizing Lodestar Analysis and billing summary; drafted Notice, Affidavit, and proposed Order. | 0.30 | $155.00 | $46.50 |
| Service | JC | 12/18/2024 | Drafted e-mail memo to VM attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/18/2024 | Drafted memo to TR attaching Application for Compensation, Exhibits A, B, and C, proposed Order, and Lodestar Analysis for his review. | 0.10 | $155.00 | $15.50 |
| Service | TR | 12/19/2024 | Review and approve fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/19/2024 | Reviewed memo from TR with attached Application for Compensation, Proposed Order, and Invoice; revised Application per his direction. | 0.10 | $155.00 | $15.50 |
| Service | BB | 12/19/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | confirmed when her wage order will start and provided a date. | | | |
| Service | JC | 12/19/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit B, Exhibit C, and Proposed Order for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | TR | 12/19/2024 | Review and sign confirmation order by email | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-02704-JAW LVNV Funding, LLC Document # 11 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-02704-JAW Ally Bank Document # 12 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/03/2025 | Review: 24-02704-JAW Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 25 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/14/2025 | Review: 24-02704-JAW Order on Application for Compensation Document# 26 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Verizon Document # 13 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Pentagon Federal CU Document # 14 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Quantum3 Group LLC as agent for Document # 16 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Quantum3 Group LLC as agent for Document # 17 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Bank of America, N.A. Document # 15 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Jefferson Capital Systems LLC Document # 18 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Jefferson Capital Systems LLC Document # 19 | 0.10 | $360.00 | $36.00 |

Invoice # 7912 - 05/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW LVNV Funding, LLC Document # 20 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Ashley Funding Services, LLC Document # 21 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/21/2025 | Review docket for confirmation hearing - no issues to resolve | 0.10 | $360.00 | $36.00 |
| Service | BB | 01/23/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting confirmation that their wage order began deducting. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/24/2025 | Review: 24-02704-JAW Order Confirming Chapter 13 Plan Document# 29 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/24/2025 | Review: Proof of Claim 24-02704-JAW FLAGSHIP CREDIT ACCEPTANCE Document # 22 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/24/2025 | Review: 24-02704-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 30 | 0.10 | $0.00 | $0.00 |
| Service | BB | 01/28/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Wage Order document. Drafted email to debtor providing their wage order and informed them of the procedure and how they can monitor their payments. | 0.10 | $100.00 | $10.00 |
| Service | BM | 01/28/2025 | Review: Proof of Claim 24-02704-JAW First Heritage Document # 23 | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/28/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | BB | 01/31/2025 | Contact Debtor (Text/Email): Reviewed voicemail from debtor expressing concerns about her confirmed chapter 13 plan documents stating surrendering of household goods. Drafted email to debtor explaining the procedure. | 0.10 | $100.00 | $10.00 |
| Service | JC | 02/04/2025 | Call Debtor: Reviewed e-mail memo from CO informing debtor is questioning surrendered debts in section 3.5 of plan; reviewed confirmed plan; reviewed Republic | 0.30 | $155.00 | $46.50 |

Invoice # 7912 - 05/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Finance POC; called wife; discussed Covington Credit and Republic Finance; she said Republic debt was for a check in the mail that debtor cashed - no collateral; she does not remember Covington but thinks it was First Heritage; she said she doesn't remember the collateral, but she thinks she just listed things that she probably doesn't even have anymore; she said she thought about it, and she is not going to worry about it. | | | |
| Service | JAC | 02/20/2025 | Review: 24-02704-JAW Transfer of Claim (No Waiver) Document# 34 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/26/2025 | Review: 24-02704-JAW Transfer of Claim (with Waiver of Notice) Document# 38 | 0.10 | $0.00 | $0.00 |
| Service | JC | 03/10/2025 | Reviewed e-mail from CO informing M&T Bank called to advise that they took over debtors' mortgage account from Flagstar | 0.10 | $0.00 | $0.00 |
| Service | TR | 05/12/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | JC | 05/14/2025 | Reviewed 1st Application, Order, and Invoice filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | 0.40 | $155.00 | $62.00 |
| Service | JC | 05/14/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$1,075.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/19/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $68.40 | $68.40 |
| Expense | 05/14/2025 | Mailing Expense - Fee Application: Mailing Expense - 2nd Fee Application Estimate | 1.00 | $90.00 | $90.00 |
| | | | **Expenses Subtotal** | | **$158.40** |

Invoice # 7912 - 05/14/2025

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.2 | $360.00 | $432.00 |
| Jennifer Curry Calvillo | Attorney | 0.7 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.6 | $360.00 | $216.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Jacki Curry | Non-Attorney | 2.4 | $155.00 | $372.00 |
| Jacki Curry | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Breanne McDaniel | Non-Attorney | 0.1 | $155.00 | $15.50 |
| | | | **Subtotal** | **$1,233.90** |
| | | | **Total** | **$1,233.90** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7362 | 01/17/2025 | $2,687.38 | $0.00 | $2,687.38 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7912 | 06/13/2025 | $1,233.90 | $0.00 | $1,233.90 |
| | | | **Outstanding Balance** | **$3,921.28** |
| | | | **Total Amount Outstanding** | **$3,921.28** |

5/14/25, 2:20 PM                                                                Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?   `8`   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?   `40`   parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.   `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.   `1`

**Disclaimer & User Agreement:**

By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate. Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
|  | 160 |  |
| Date and Time: | Wed May 14 2025 14:20:18 GMT-0500 (Central Daylight Time) |  |
| Total Pages to Print: | 320 |  |
| Sheets Per Envelope | 4 |  |
| First Class Postage Rate | $ 0.73 |  |
| Print Rate: | $ 0.19 |  |
| Printing Cost: | $ | 60.8 |
| Postage Cost: | $ | 29.2 |
| Total Cost: | $ | 90 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED