

# INVOICE

Invoice # 7912
Date: 05/14/2025
Due On: 06/13/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Kathy Henley Hill and Michael Everette Hill

## 05635-Hill Kathy Henley Hill and Michael Everette

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | JC | 12/18/2024 | Reviewed itemizations in case and created a summary. | 0.40 | $155.00 | $62.00 |
| Service | JC | 12/18/2024 | Drafted 1st Invoice for services rendered. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/18/2024 | Reviewed current invoice and completed Lodestar Analysis. | 0.30 | $155.00 | $46.50 |
| Service | JC | 12/18/2024 | Drafted 1st Application for Compensation utilizing Lodestar Analysis and billing summary; drafted Notice, Affidavit, and proposed Order. | 0.30 | $155.00 | $46.50 |
| Service | JC | 12/18/2024 | Drafted e-mail memo to VM attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/18/2024 | Drafted memo to TR attaching Application for Compensation, Exhibits A, B, and C, proposed Order, and Lodestar Analysis for his review. | 0.10 | $155.00 | $15.50 |
| Service | TR | 12/19/2024 | Review and approve fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/19/2024 | Reviewed memo from TR with attached Application for Compensation, Proposed Order, and Invoice; revised Application per his direction. | 0.10 | $155.00 | $15.50 |
| Service | BB | 12/19/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she | 0.10 | $100.00 | $10.00 |

| | | | confirmed when her wage order will start and provided a date. | | | |
|---|---|---|---|---|---|---|
| Service | JC | 12/19/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit B, Exhibit C, and Proposed Order for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | TR | 12/19/2024 | Review and sign confirmation order by email | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-02704-JAW LVNV Funding, LLC Document # 11 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-02704-JAW Ally Bank Document # 12 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/03/2025 | Review: 24-02704-JAW Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 25 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/14/2025 | Review: 24-02704-JAW Order on Application for Compensation Document# 26 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Verizon Document # 13 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Pentagon Federal CU Document # 14 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Quantum3 Group LLC as agent for Document # 16 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Quantum3 Group LLC as agent for Document # 17 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Bank of America, N.A. Document # 15 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Jefferson Capital Systems LLC Document # 18 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Jefferson Capital Systems LLC Document # 19 | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW LVNV Funding, LLC Document # 20 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-02704-JAW Ashley Funding Services, LLC Document # 21 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/21/2025 | Review docket for confirmation hearing - no issues to resolve | 0.10 | $360.00 | $36.00 |
| Service | BB | 01/23/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting confirmation that their wage order began deducting. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/24/2025 | Review: 24-02704-JAW Order Confirming Chapter 13 Plan Document# 29 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/24/2025 | Review: Proof of Claim 24-02704-JAW FLAGSHIP CREDIT ACCEPTANCE Document # 22 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/24/2025 | Review: 24-02704-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 30 | 0.10 | $0.00 | $0.00 |
| Service | BB | 01/28/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Wage Order document. Drafted email to debtor providing their wage order and informed them of the procedure and how they can monitor their payments. | 0.10 | $100.00 | $10.00 |
| Service | BM | 01/28/2025 | Review: Proof of Claim 24-02704-JAW First Heritage Document # 23 | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/28/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | BB | 01/31/2025 | Contact Debtor (Text/Email): Reviewed voicemail from debtor expressing concerns about her confirmed chapter 13 plan documents stating surrendering of household goods. Drafted email to debtor explaining the procedure. | 0.10 | $100.00 | $10.00 |
| Service | JC | 02/04/2025 | Call Debtor: Reviewed e-mail memo from CO informing debtor is questioning surrendered debts in section 3.5 of plan; reviewed confirmed plan; reviewed Republic | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Finance POC; called wife; discussed Covington Credit and Republic Finance; she said Republic debt was for a check in the mail that debtor cashed - no collateral; she does not remember Covington but thinks it was First Heritage; she said she doesn't remember the collateral, but she thinks she just listed things that she probably doesn't even have anymore; she said she thought about it, and she is not going to worry about it. | | | |
| Service | JAC | 02/20/2025 | Review: 24-02704-JAW Transfer of Claim (No Waiver) Document# 34 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/26/2025 | Review: 24-02704-JAW Transfer of Claim (with Waiver of Notice) Document# 38 | 0.10 | $0.00 | $0.00 |
| Service | JC | 03/10/2025 | Reviewed e-mail from CO informing M&T Bank called to advise that they took over debtors' mortgage account from Flagstar | 0.10 | $0.00 | $0.00 |
| Service | TR | 05/12/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | JC | 05/14/2025 | Reviewed 1st Application, Order, and Invoice filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | 0.40 | $155.00 | $62.00 |
| Service | JC | 05/14/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$1,075.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/19/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $68.40 | $68.40 |
| Expense | 05/14/2025 | Mailing Expense - Fee Application: Mailing Expense - 2nd Fee Application Estimate | 1.00 | $90.00 | $90.00 |
| | | | **Expenses Subtotal** | | **$158.40** |

Invoice # 7912 - 05/14/2025

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.2 | $360.00 | $432.00 |
| Jennifer Curry Calvillo | | Attorney | 0.7 | $0.00 | $0.00 |
| Thomas Rollins | | Attorney | 0.6 | $360.00 | $216.00 |
| Thomas Rollins | | Attorney | 0.1 | $0.00 | $0.00 |
| Brooke Brueland | | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Jacki Curry | | Non-Attorney | 2.4 | $155.00 | $372.00 |
| Jacki Curry | | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Breanne McDaniel | | Non-Attorney | 0.1 | $155.00 | $15.50 |
| | | | | **Subtotal** | **$1,233.90** |
| | | | | **Total** | **$1,233.90** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7362 | 01/17/2025 | $2,687.38 | $0.00 | $2,687.38 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7912 | 06/13/2025 | $1,233.90 | $0.00 | $1,233.90 |
| | | | **Outstanding Balance** | **$3,921.28** |
| | | | **Total Amount Outstanding** | **$3,921.28** |