IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Kathy Henley Hill                                   Case No. 24-02704-JAW
         Michael Everette Hill, Debtors                                 CHAPTER 13

**SECOND ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B**

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,650.00 | $37.38 | $2,687.38 | 26 | 01/14/2025 |
| $1,075.50 | $158.40 | $3,921.28 | n/a | n/a |
| $3,725.50 | $195.78 | $3,921.28 | | |



# INVOICE

Invoice # 7362
Date: 12/18/2024
Due On: 01/17/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Kathy Henley Hill and Michael Everette Hill

## 05635-Hill Kathy Henley Hill and Michael Everette

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | VM | 10/21/2024 | In-Office Conference: Debtor came in for appointment, gathered documents, reviewed/organized and gave debtor a list of needed. paystubs from daughter who is contributing to household | 0.50 | $100.00 | $50.00 |
| Service | BB | 10/21/2024 | Review and organize documents provided by debtor: VM stated debtor is going to collect her daughter and son in-laws pay stubs. Drafted text to debtor to wait until her file is reviews to ensure we will need those. Reviewed email from debtor with a bank statement. | 0.10 | $100.00 | $10.00 |
| Service | SA | 10/22/2024 | Call Debtor: Called to obtain email address for spouse; sent fee agreement to both to be e-signed | 0.10 | $100.00 | $10.00 |
| Service | BM | 10/23/2024 | Reviewed drivers licenses and social security cards to collect information to pull credit report | 0.10 | $155.00 | $15.50 |
| Service | BM | 10/23/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report | 0.10 | $155.00 | $15.50 |
| Service | BB | 10/25/2024 | Contact Debtor (Text/Email): Reviewed debtors credit report in search of student loans. Found student loans and drafted email to debtor with instructions on how to get us the documents for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 10/28/2024 | Review and organize documents provided by debtor: Reviewed email from | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor with requested student loan document. | | | |
| Service | BB | 10/28/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers licenses, and social security cards) to ensure we have all documents for attorney to prepare case. Compiled list of documents still needed for filing. Drafted email to debtor with the list. | 0.50 | $100.00 | $50.00 |
| Service | BM | 10/29/2024 | Reviewed file to determine if we have all documents needed for attorney review, information on household monetary contributions and secured loans still needed. Sent list to legal assistant. | 0.20 | $155.00 | $31.00 |
| Service | BM | 10/29/2024 | Reviewed debtor's bank statements to collect list of payments made to Beyond Finance. | 0.10 | $155.00 | $15.50 |
| Service | BB | 10/29/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized three months of paypal, missing regions statements, and missing pay stubs. Drafted email to debtor with updated list of documents needed for filing. | 0.30 | $100.00 | $30.00 |
| Service | BB | 10/30/2024 | Review and organize documents provided by debtor: Reviewed email from debtor with requested clarification information from information packet. | 0.10 | $100.00 | $10.00 |
| Service | BM | 10/31/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers licenses, and social security cards) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.30 | $155.00 | $46.50 |
| Service | BB | 10/31/2024 | Review and organize documents provided by debtor: Reviewed email from debtor with recent pay stub. Reviewed, merged, and organized. | 0.10 | $100.00 | $10.00 |
| Service | BM | 10/31/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B, SOFA, Schedule I/J, Form 122 | 0.90 | $155.00 | $139.50 |

Invoice # 7362 - 12/18/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BB | 11/01/2024 | Contact Debtor (Text/Email): Drafted email to debtor sending them the matrix to confirm their creditors. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/01/2024 | Contact Debtor (Text/Email): Reviewed email from debtor stating her matrix is correct and provided the October regions bank statement. Reviewed, merged, and organized. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/01/2024 | Review email from debtor: Reviewed email from debtor with a bill from someone she believes is a scam. Forwarded email to bm for advice. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/01/2024 | review NSLDS | 0.20 | $360.00 | $72.00 |
| Service | JAC | 11/04/2024 | Input Case - review & revise drafted petition, schedules prepared by bm. Send back to bm for updates | 0.50 | $360.00 | $180.00 |
| Service | BM | 11/05/2024 | Contact Debtor (Text/Email): Drafted text to debtor to inquire if their mortgage is current or not. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/07/2024 | Calcualte income for MT, I. Calculate deductions for MT, I. Calcualte plan payment based on liquidation amount | 0.40 | $360.00 | $144.00 |
| Service | JAC | 11/07/2024 | Draft email to debtor with bankruptcy options | 0.20 | $360.00 | $72.00 |
| Service | BB | 11/07/2024 | Review email from debtor: Reviewed email from debtor stating she got a letter for a bill that she believes is a scam. Forwarded email to BM inquiring if we would add this to debtors case. BM advised to inquire with the debtor if she would like to add it. Drafted email to debtor inquiring this. | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/07/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor asking questions regarding her plan payment being lower, her filing options, and other questions; drafted reply that her payments could possibly be lowered by surrendering a vehicle or other property; annswered questions, explained signing appointment and asking questions at that time. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/07/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring if her mortgage payment is included in her plan payment; drafted reply informing the debts paid by the monthly payment | 0.10 | $155.00 | $15.50 |

Invoice # 7362 - 12/18/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | include ongoing mortgage, mortgage arrears, car, taxes, approx.. 16% to all other debts. | | | |
| Service | JC | 11/07/2024 | Contact Debtor (Text/Email): Reviewed two e-mails from debtor and memo from BB forwarding e-mail from debtor sent to her; debtors are ready to proceed and will ask additional questions at their signing appt. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/08/2024 | Review clio memo re: ready to move forward with filing case: assign get scheduled task to BM | 0.10 | $360.00 | $36.00 |
| Service | JAC | 11/12/2024 | Prepare Signign Docs | 0.20 | $360.00 | $72.00 |
| Service | TR | 11/18/2024 | Conference w/ client to review and revise petition, schedules, statements and plan, discussed student loan AP (declined to pursue), discussed debtors duties under bankruptcy code | 0.80 | $360.00 | $288.00 |
| Service | JAC | 11/18/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court.: Case is Ready to File | 0.40 | $360.00 | $144.00 |
| Service | VM | 11/18/2024 | In-Office Conference: Assisted debtors with completion of Signing documents | 0.30 | $100.00 | $30.00 |
| Service | BB | 11/19/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing them of their case number and advising them to continue sending in pay stubs and bank statements until told otherwise. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/19/2024 | Contact Debtor (Text/Email): Reviewed plan to determine plan payment; drafted email to debtor informing them of their plan payment and information on what to do/expect after filing.<br>Drafted email to debtor informing them of their case number and sending them a yellow page. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/19/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying.: Reviewed debtor's plan to determine if plan payments are by wage order or direct pay.  Assigned task list. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/19/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | creditors. Inquired as to a date and time for us to conduct a test meeting. | | | |
| Service | JAC | 11/19/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 11/19/2024 | Review: 24-02704-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $360.00 | $72.00 |
| Service | JC | 11/20/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/20/2024 | Review: Proof of Claim 24-02704-JAW Republic Finance, LLC Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/21/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | BB | 11/21/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she would like to attend her meeting of creditors in office. Drafted text to debtor inquiring in which office she would like to attend. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/25/2024 | Review email from debtor: Reviewed email from debtor providing information on a debt that is still owed to Verizon and inquiring how to proceed as they are requesting their money. Drafted email memo to jc. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/25/2024 | Review and organize documents provided by debtor: Reviewed schedules and statements for sources of income and financial accounts. Reviewed and organized all bank statements, taxes, ID, and pay into Trustee documents file. Reviewed and organized Trustee documents into the Trustee website. | 0.40 | $100.00 | $40.00 |
| Service | BB | 11/25/2024 | Contact Debtor (Text/Email): Reviewed email from jc stating if the phone bill is their current bill, the debt cannot be added to their current case. Drafted email to debtor informing her of this. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/25/2024 | Review: Proof of Claim 24-02704-JAW Internal Revenue Servi Document # 2 | 0.20 | $360.00 | $72.00 |
| Service | JC | 11/26/2024 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/27/2024 | Review: Proof of Claim 24-02704-JAW | 0.10 | $360.00 | $36.00 |

Invoice # 7362 - 12/18/2024

|  |  |  | MOHELA Document # 4 |  |  |  |
|---|---|---|---|---|---|---|
| Service | JAC | 11/27/2024 | Review: Proof of Claim 24-02704-JAW MOHELA on behalf of NSLP Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/27/2024 | Reviewed modification and partial claim recovery documents submitted by debtor - received from her mortgage company; reviewed debtor's plan; her mortgage is paid through the plan and documents were dated the same date as filing; drafted e-mail memo to BB requesting she inform the debtor that she can disregard the documents. | 0.10 | $155.00 | $15.50 |
| Service | BB | 11/27/2024 | Contact Debtor (Text/Email): Reviewed email about mortgage letters the debtor received stating they were mailed out the same day the debtor filed so they can be disregarded. Drafted text to debtor informing her of this. | 0.10 | $100.00 | $10.00 |
| Service | TR | 11/28/2024 | Review: 24-02704-JAW Personal Financial Management Course (Certificate) Document# 18 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/05/2024 | Review: Proof of Claim 24-02704-JAW U.S. Department of Education c/o Nelnet Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | BB | 12/09/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting all documents pertaining to Beyond Finance. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 12/10/2024 | Review: Proof of Claim 24-02704-JAW Flagstar Bank, N.A. Document # 9 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 12/10/2024 | Review: Proof of Claim 24-02704-JAW Affirm, Inc. Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | BB | 12/10/2024 | Review and organize documents provided by debtor: Drafted text to debtor inquiring if she received my email Debtor replied stating she did and she is compiling the requested documents. Reviewed four emails from debtor with requested documents. Reviewed, merged, and organized. Drafted email memo to tc. | 0.30 | $100.00 | $30.00 |
| Service | BB | 12/10/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if their wages have started garnishing for their payments. | 0.10 | $100.00 | $10.00 |
| Service | JC | 12/13/2024 | Reviewed Notice of Filing; reviewed Beyond Finance, CFT bill; reviewed case | 0.60 | $155.00 | $93.00 |

|         |     |            |                                                                                                                                                                                                                                    |      |          |         |
|---------|-----|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
|         |     |            | notes for Beyond Finance correspondence; Internet search for Credit Repair Organization Act; drafted letter to Beyond Finance and CFT requesting refund; drafted e-mail to VM attaching all and requesting she obtain TC's signature and mail. |      |          |         |
| Service | BB  | 12/13/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she has someone from her HR department looking into the wage order status. | 0.10 | $100.00 | $10.00 |
| Service | JC  | 12/17/2024 | Contact Debtor (Text/Email): Drafted e-mail to debtors attaching copy of letter mailed on their behalf to Beyond Finance and CFT. | 0.10 | $155.00 | $15.50 |
| Service | TR  | 12/17/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | VM  | 12/18/2024 | In-Office Conference: Setup video and assisted client with Meeting of Creditors - attended in our Jackson office | 1.30 | $100.00 | $130.00 |
| **Non-billable services** | | | | | | |
| Service | VM  | 10/22/2024 | Administrative - non-billable work: De-stapled and scanned all documents debtor brought in, uploaded all documents to clio for legal Assistant review. | 0.80 | $100.00 | $80.00 |
| Service | VM  | 10/22/2024 | Administrative - non-billable work: Created folder and filed debtors documents in file organizer | 0.10 | $100.00 | $10.00 |
| Service | SA  | 10/23/2024 | Administrative - non-billable work: Received email confirmation that Fee Agreement was signed by both clients. | 0.10 | $100.00 | $10.00 |
| Service | BB  | 11/01/2024 | Retrieved emergency contact information from the information packet and entered into debtors file. | 0.10 | $100.00 | $10.00 |
| Service | BM  | 11/05/2024 | Made changes in best case per the attorney. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 11/07/2024 | scan & upload Document: Initial - jens notes.pdf | 0.10 | $360.00 | $36.00 |
| Service | SA  | 11/07/2024 | Administrative - non-billable work: Reviewed voicemail from client; forwarded to BB as this is her matter number. | 0.10 | $100.00 | $10.00 |
| Service | BM  | 11/12/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | fee agreement previously signed by the client) | | | |
| Service | BM | 11/12/2024 | Call Debtor: Call to debtor to schedule signing with the attorney. | 0.10 | $155.00 | $15.50 |
| Service | VM | 11/13/2024 | Call Debtor: Phone conference with debtor to determine if we could reschedule phone signing | 0.10 | $100.00 | $10.00 |
| Service | SA | 11/18/2024 | In-Office Conference: Client came in for signing; greeted, offered beverage, and seated in conference room | 0.10 | $100.00 | $10.00 |
| Service | SA | 11/18/2024 | Administrative - non-billable work: Scanned and emailed signing checklist to JAC; printed final bankruptcy packet for client | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/18/2024 | Update contact name to match docket text | 0.10 | $360.00 | $36.00 |
| Service | SA | 11/18/2024 | Administrative - non-billable work: Changed Bucket to "Filed" in Lawmatics | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/19/2024 | Review: 24-02704 Creditor Disk/Matrix Uploaded (ADI) Document# | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/21/2024 | Review: 24-02704-JAW Order Upon Employer Directing Deductions from Pay Document# 11 | 0.10 | $360.00 | $36.00 |
| Service | BB | 11/22/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she would like to attend her meeting in the Jackson office. Scheduled to our calendar. | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/25/2024 | Reviewed e-mail memo from BB forwarding e-mail from debtors with attached Verizon bill and informing they still use the phone; drafted reply informing the debt cannot be added to their BK if the phone is currently being used. | 0.10 | $155.00 | $15.50 |
| Service | VM | 11/25/2024 | Incoming Call: Debtor called to inform us of documents she received in the mail from her mortgage company, requested she sent us copy, suggested she bring papers to our office so I could scan and send to paralegal for review, scheduled appointment. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/27/2024 | Review: Proof of Claim 24-02704-JAW MOHELA/Ascendium Education Solutions, Inc. Document # 3 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/28/2024 | Review: 24-02704-JAW Personal | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Financial Management Course (Certificate) Document# 16 | | | |
| Service | TR | 11/28/2024 | Review: 24-02704-JAW Notice of Appearance Document# 19 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/02/2024 | Review: Proof of Claim 24-02704-JAW 1st Franklin Financial Corporation Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | BB | 12/12/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating her wage order has not started yet and that she has been paying manually. Requested the debtor contact her payroll department to inquire if they received the wage order. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 12/12/2024 | Review: Proof of Claim 24-02704-JAW Quantum3 Group LLC as agent for Document # 10 | 0.10 | $360.00 | $36.00 |
| Service | VM | 12/13/2024 | Administrative - non-billable work: Packaged and mailed Letter to Crossroads Financial Technologies and Beyond Finance | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/13/2024 | Reviewed and signed Letter to Crossroads Financial Technologies and Beyond Finance | 0.10 | $360.00 | $36.00 |
| | | | | **Services Subtotal** | | **$2,650.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/20/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $36.00 | $36.00 |
| Expense | 12/13/2024 | Postage: Mailed Letter to Crossroads Financial Technologies and Beyond Finance | 2.00 | $0.69 | $1.38 |
| | | | **Expenses Subtotal** | | **$37.38** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 3.3 | $360.00 | $1,188.00 |
| | Thomas Rollins | Attorney | 1.1 | $360.00 | $396.00 |
| | Shaton Andrews | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Brooke Brueland | Non-Attorney | 3.5 | $100.00 | $350.00 |
| | Jacki Curry | Non-Attorney | 1.4 | $155.00 | $217.00 |

Invoice # 7362 - 12/18/2024

| Vanessa Martinez | Non-Attorney | 2.1 | $100.00 | $210.00 |
|---|---|---|---|---|
| Breanne McDaniel | Non-Attorney | 1.8 | $155.00 | $279.00 |
| | | | Subtotal | $2,687.38 |
| | | | Total | $2,687.38 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7362 | 01/17/2025 | $2,687.38 | $0.00 | $2,687.38 |
| | | | Outstanding Balance | $2,687.38 |
| | | | Total Amount Outstanding | $2,687.38 |